```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 00362
   MARY REARDON
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1972


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/09/2007 and was confirmed 04/09/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.34%.

      The case was dismissed after confirmation 08/13/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
WELLS FARGO                 CURRENT MORTG         .00            .00            .00
WELLS FARGO                 MORTGAGE ARRE   38727.16            .00            .00
CREDITORS COLLECTION        UNSECURED      NOT FILED            .00            .00
DIVERSIFIED CREDIT SERVI    UNSECURED      NOT FILED            .00            .00
FORD MOTOR CREDIT           UNSECURED       10470.63            .00            .00
HARRIS                      UNSECURED      NOT FILED            .00            .00
ADVOCATE SOUTH SUBURBAN     NOTICE ONLY    NOT FILED            .00            .00
HARVARD COLLECTION SERVI    UNSECURED      NOT FILED            .00            .00
CREDTRS COLL                NOTICE ONLY    NOT FILED            .00            .00
DIVERSIFIED COLLECTION S    NOTICE ONLY    NOT FILED            .00            .00
HARVARD COLLECTION          NOTICE ONLY    NOT FILED            .00            .00
HARVARD COLLECTION          UNSECURED      NOT FILED            .00            .00
HARVARD COLLECTION          NOTICE ONLY    NOT FILED            .00            .00
MRSI                        UNSECURED      NOT FILED            .00            .00
MRSI                        NOTICE ONLY    NOT FILED            .00            .00
MUTUAL HOSPITAL COLLECTI    UNSECURED      NOT FILED            .00            .00
MUTUAL HOSPITAL COLLECTI    NOTICE ONLY    NOT FILED            .00            .00
MUTUAL HOSPITAL COLLECTI    UNSECURED      NOT FILED            .00            .00
MUTUAL HOSPITAL COLLECTI    NOTICE ONLY    NOT FILED            .00            .00
MUTUAL HOSPITAL COLLECTI    UNSECURED      NOT FILED            .00            .00
MUTUAL HOSPITAL COLLECTI    NOTICE ONLY    NOT FILED            .00            .00
MUTUAL HOSPITAL COLLECTI    UNSECURED      NOT FILED            .00            .00
MUTUAL HOSPITAL COLLECTI    NOTICE ONLY    NOT FILED            .00            .00
PARK DANSAN                 UNSECURED      NOT FILED            .00            .00
PARK DANSAN                 NOTICE ONLY    NOT FILED            .00            .00
UNITED COLLECTIONS          UNSECURED      NOT FILED            .00            .00
UNITED COLLECTIONS          NOTICE ONLY    NOT FILED            .00            .00
WEXLER & WEXLER             UNSECURED      NOT FILED            .00            .00
WEXLER & WEXLER             NOTICE ONLY    NOT FILED            .00            .00
ASSET ACCEPTANCE CORP       UNSECURED         608.33            .00            .00
ROUNDUP FUNDING LLC         UNSECURED         198.94            .00            .00
ST JAMES MUTUAL HOSPITAL    UNSECURED        1131.50            .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 00362 MARY REARDON
```

```
PORTFOLIO RECOVERY ASSOC  UNSECURED       731.53           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       262.71           .00            .00
ROUNDUP FUNDING LLC       UNSECURED       236.55           .00            .00
GLEASON & GLEASON LLC     DEBTOR ATTY   1,774.00                       502.40
TOM VAUGHN                TRUSTEE                                       33.21
DEBTOR REFUND             REFUND                                          .00
```

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   535.61

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     502.40
TRUSTEE COMPENSATION                                33.21
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                    535.61                   535.61

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 12/03/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 07 B 00362 MARY REARDON